# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

February 13, 2023

Lyle W. Cayce
Clerk

No. 22-30182

In the Matter of: Hendrikus Edward Ton

*Debtor*,

Lynda Ronquillo Ton,

*Appellant*,

*versus*

Hendrikus Edward Ton,

*Appellee*.

---

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 21-CV-00514

---

Before Smith, Clement, and Wilson, *Circuit Judges*.

Per Curiam:*

Upon review of the parties' briefs and the record after having heard oral argument, we find no reversible error. AFFIRMED. *See* 5th Cir. R. 47.6.

---

* This opinion is not designated for publication. See 5th Cir. R. 47.5.